IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL PALMIER<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | 22-239 T |

**PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

　　Plaintiff, Daniel Palmier, through his attorney of record, D. Sean McMahon, pursuant to Federal Rule of Civil Procedure 26(c), moves the Court for an order permitting Plaintiff's Original Complaint and attached Exhibits to be placed under seal from the public.

　　Plaintiff requests that his Original Complaint and attached Exhibits be placed under seal from the public because they are or refer to documents or information that is confidential taxpayer information and should not be public record. Leaving the confidential information included available to the public could cause substantial harm to Plaintiff. Further, placing the exhibits under seal will cause no harm to Defendant.

　　WHEREFORE, Plaintiff requests that his Motion to Seal Documents be granted and any other relief deemed appropriate by this Honorable Court.


THIS SECTION INTENTIONALLY LEFT BLANK.

1

Respectfully Submitted,

Daniel Palmier

By his Attorneys,

<u>/s/ D. Sean McMahon</u>
D. Sean McMahon, Esq.
BBO# 567542
McMahon & Tivnan, PC
100 High Street, Suite 2601
Boston, MA 02110
Phone: (617) 600-5400
Fax: (617) 284-6260
sean@mcmahontivnantaxlaw.com

Dated: March 2, 2022