# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# Filed : April 13, 2022

| |
|---|
| DANIEL PALMIER |
| Plaintiffs, |
| v. |
| UNITED STATES OF AMERICA |
| Defendant. |

## COMPLAINT

Now comes the Plaintiff, Daniel Palmier, an individual, and complains of the Defendant United States of America as follows.

## JURISDICTION

This cause of action is a claim for refund of taxes authorized 28 U.S. Code § 1491 and 26 U.S. Code § 7422. U.S. Code § 7422 provides for civil actions for refund of taxes paid and 28 U.S. Code § 1491 confers jurisdiction on the United States Court of Federal Claims for such actions.

## PARTIES

1. The Plaintiff, Daniel Palmer, is an individual who in a United States Citizen and currently resides in Florida.

2. The Defendant is the United States of America.

## FACTS

3. The Plaintiff, Daniel Palmier, currently resides at 2301 Collins Avenue, Unit 441, Miami Beach, Florida 33139.

4. Plaintiff Daniel Palmier's taxpayer identification number is XXX-XX-0248.

5. On October 15, 2019, the Plaintiff through his accountants electronically filed his United States individual income tax return for the 2018 tax year, which reported a loss on the amount of $75,193 and a Section 461(l) loss limitation in the amount of $5,496,462.

6. On March 27, 2020, the CARES Act was passed by congress and signed into law.

7. On June 23, 2020, the Plaintiff through his accountant filed a timely 1040X amended individual income tax return for the 2018 tax year, which removed the Section 461(l) loss limitation and increased the Plaintiff's Net Operating Loss to $5,596,655.

8. On June 30, 2020, the Plaintiff through his accountant filed a Form 1045 which carried the 2018 Net Operating Loss back to the 2013 taxable year, allowable under the CARES Act, which decreased the 2013 total tax from $3,815,982 to $1,515,615 (see Exhibit).

9. On July 8, 2020, the Internal Revenue Service timely received the Form 1045.

## CLAIM FOR REFUND

10. The Plaintiff overpaid his 2013 income tax liability and made a timely claim for refund in the amount of $2,300,367.

11. The plaintiff is due a refund in the amount of $2,300,367 for his overpayment of his 2013 income tax liability.

WHEREFORE, Plaintiffs respectfully request that this Court find that:

1. Plaintiffs made an overpayment of their 2013 income tax liability in the amount of $2,300,367;

2. Plaintiffs are due a refund of tax in the amount of $2,300,367 plus appropriate interest; and

3. Any other relief deemed appropriate by this Honorable Court.

Respectfully Submitted,

Daniel Palmier

By his Attorneys,

/s/ D. Sean McMahon
D. Sean McMahon, Esq.
BBO# 567542
McMahon & Tivnan, PC
100 High Street, Suite 2601
Boston, MA 02110
Phone: (617) 600-5400
Fax: (617) 284-6260
sean@mcmahontivnantaxlaw.com

Dated: April 13, 2022