IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 22-239 T
(Judge Mary Ellen Coster Williams)

DANIEL PALMIER

                              Plaintiff

V

UNITED STATES OF AMERICA

                              Defendant

## MOTION FOR LEAVE TO FILE REDACTED COMPLAINT AND EXHIBIT IN LIEU OF SEALING COMPLAINT (CLARIFICATION)

Now comes the Plaintiff Daniel Palmier to clarify his prior filing and respectfully move for leave to substitute for filing the attached redacted copy of the complaint along with the attached redacted exhibit, which is in compliance with RCFC 5.2 and 9 rather than sealing the complaint.  As basis for this, plaintiff states as follows:

1. After recently filing his *Motion for Leave To File Redacted Complaint in Lieu of Sealing Complaint* plaintiff was made aware that the motion did not specifically request that the attached redacted exhibit also be made public along with the redacted complaint itself.

2. To resolve ambiguity, plaintiff hereby respectfully states that he moves this Honorable Court to allow a public filing of the redacted Complaint to include its redacted Exhibit consisting of the original refund claim.  The redacted Complaint (without an exhibit) and the redacted Exhibit to the Complaint were filed as separate exhibits to the previously filed motion and are also filed as separate exhibits to this filing.

WHEREFORE, Plaintiff respectfully request that this Court enter an order allowing the plaintiff to file the attached redacted copy of the Complaint along with its redacted Exhibit in lieu of sealing the complaint along with any other relief deemed appropriate by this Honorable Court.

        Respectfully Submitted,
        Daniel Palmier
        By his Attorney,

        /s/ D. Sean McMahon
        D. Sean McMahon, Esq.
        BBO# 567542
        McMahon & Tivnan, PC
        100 High Street, Suite 2601
        Boston, MA 02110
        Phone: (617) 600-5400
        Fax: (617) 284-6260
        sean@mcmahontivnantaxlaw.com

Dated: April 26, 2022