IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Filed: October 4, 2022

| | |
|---|---|
| DANIEL PALMIER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No.: 22-239 T |

### AMENDED COMPLAINT

Now comes the Plaintiff, Daniel Palmier, an individual, and complains of the Defendant United States of America as follows.

### JURISDICTION

This cause of action is a claim for refund of taxes authorized 28 U.S. Code § 1491 and 26 U.S. Code § 7422. U.S. Code § 7422 provides for civil actions for refund of taxes paid and 28 U.S. Code § 1491 confers jurisdiction on the United States Court of Federal Claims for such actions.

### PARTIES

1. The Plaintiff, Daniel Palmer, is an individual who in a United States Citizen and currently resides in Florida.

2. The Defendant is the United States of America.

1

## **FACTS**

3. The Plaintiff, Daniel Palmier, currently resides at 2301 Collins Avenue, Unit 441, Miami Beach, Florida 33139.

4. Plaintiff Daniel Palmier's taxpayer identification number is XXX-XX-0248.

5. Plaintiff Daniel Palmier paid a total of $3,815,982 on his 2013 U.S. income tax, which was comprised of $2,200,000 paid on or about April 15, 2014 to the Department of the Treasury with a request for extension of time to file and $1,615,982 on or about October 14, 2014 paid with the original return.

6. On October 15, 2014 the Plaintiff through his accountants electronically filed his United States Individual Income Tax Return for the 2013 tax year.

7. On October 15, 2019, the Plaintiff through his accountants electronically filed his United States individual income tax return for the 2018 tax year, which reported a loss on the amount of $75,193 and a Section 461(l) loss limitation in the amount of $5,496,462.

8. On March 27, 2020, the CARES Act was passed by congress and signed into law.

9. On June 23, 2020, the Plaintiff through his accountant filed a timely 1040X amended individual income tax return for the 2018 tax year, which removed the Section 461(l) loss limitation and increased the Plaintiff's Net Operating Loss to $5,596,655.

10. On June 30, 2020, the Plaintiff through his accountant filed a Form 1045, informal claim for refund, which carried the 2018 Net Operating Loss back to the 2013 taxable year, allowable under the CARES Act, which decreased the 2013 total tax from $3,815,982 to $1,515,615. (See Exhibit 1).

11. On July 8, 2020, the Internal Revenue Service received the Form 1045 for the 2019 Tax Year, carrying back his Net Operating Loss to the 2013 Tax Year.

12. On August 29, 2022, the Plaintiff, through his attorneys, perfected his June 30th, 2020 Form 1045 informal refund claim by filing a formal refund claim for the 2013 Tax Year on Form 1040X with Schedules A and B of Form 1045 attached. (See Exhibit 2).

13. On September 6, 2022, the Internal Revenue Service received the timely formal refund claim.

## CLAIM FOR REFUND

14. The Plaintiff overpaid his 2013 income tax liability and made a timely claim for refund in the amount of $2,300,367.

15. The plaintiff is due a refund in the amount of $2,300,367 for his overpayment of his 2013 income tax liability.

WHEREFORE, Plaintiffs respectfully request that this Court find that:

1. Plaintiffs made an overpayment of their 2013 income tax liability in the amount of $2,300,367;

2. Plaintiffs are due a refund of tax in the amount of $2,300,367 plus appropriate interest; and

3. Any other relief deemed appropriate by this Honorable Court.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Respectfully Submitted,
Daniel Palmier
By his Attorney,


/s/ D. Sean McMahon
D. Sean McMahon, Esq.
BBO# 567542
McMahon & Tivnan, PC
100 High Street, Suite 2601
Boston, MA 02110
Phone: (617) 600-5400
Fax: (617) 284-6260
sean@mcmahontivnantaxlaw.com


Dated: October 13, 2022