IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL PALMIER<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | No. 22-239 T |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that Petitioner, pursuant to Rule 41(a)(1)(A) of the Rules of the Court of Federal Claims, herby gives notice of his voluntary dismissal of the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　Daniel Palmier
　　　　　　　　　　　　　　　　By his Attorneys,

　　　　　　　　　　　　　　　　/s/ D. Sean McMahon
　　　　　　　　　　　　　　　　D. Sean McMahon, Esq.
　　　　　　　　　　　　　　　　McMahon & Tivnan, PC
　　　　　　　　　　　　　　　　100 High Street, Suite 2601
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Phone: (617) 600-5400, ext 1
　　　　　　　　　　　　　　　　Fax: (617) 284-6260
　　　　　　　　　　　　　　　　sean@mcmahontivnantaxlaw.com

　　　　　　　　　　　　　　　　/s/ Mary Rose Kirkby
　　　　　　　　　　　　　　　　Mary Rose Kirkby, Esq.
　　　　　　　　　　　　　　　　McMahon & Tivnan, P.C.
　　　　　　　　　　　　　　　　100 High Street, Suite 2601
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Phone: (617) 600-5400, ext 3
　　　　　　　　　　　　　　　　Fax:　 (617) 284-6260
　　　　　　　　　　　　　　　　rosie@mcmahontivnantaxlaw.com

Dated: November 2, 2022